NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMPOSITE TECHNOLOGY INTERNATIONAL, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1256

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00205-NT, Senior Judge Nicholas Tsoucalas.

---

**JUDGMENT**

---

KAYLA REGINA OWENS, Stein Shostak Shostak Pollack & O'Hara, Los Angeles, CA, argued for plaintiff-appellant. Also represented by JOSEPH COX.

STEPHEN CARL TOSINI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; YELENA SLEPAK, Office of the

Assistant Chief Counsel, United States Customs and Border Protection, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 4, 2016        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
Clerk of Court